IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| N.H., a Minor, By and Through His Parents S.H. and L.H. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 21-1066 |
| PHOENIXVILLE AREA SCHOOL DISTRICT | : | |

ORDER

AND NOW, this 20th day of December, 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiffs N.H., a Minor By and Through His Parents S.H and L.H., for judgment on the administrative record (Doc. # 10) is DENIED.

(2) The motion of defendant Phoenixville Area School District for judgment on the administrative record (Doc. # 11) is GRANTED.

BY THE COURT:

Harvey Bartle III
J.